**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:      MARTHA PITTMAN,                         CASE NO.: 19-50098-KKS
               Debtor.                                                CHAPTER 13
_____/

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Scott T. Manion, Legal Services of North Florida, Inc., 121 N. Jackson St., Quincy, FL 32351, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**
**(NEGATIVE NOTICE)**

The Debtor, MARTHA PITTMAN, hereby moves to modify her confirmed Chapter 13 Plan. In support of her motion she avers:

1. This motion is made pursuant to 11 U.S.C. §1329.

2. This Court entered an Order Confirming Plan on January 30, 2020.

3. The Debtor's Chapter 13 Plan presently calls for her to pay $193.35 per month to the Trustee.

4. The Debtor has incurred a post-petition arrearage on the mortgage payments owed to secured creditor, Vanderbilt Mortgage and Finance, for the months of February,

March and May 2021.

5. Said Creditor has agreed to a modification of the plan to include the post-petition arrearage.

6. The Debtor requests to modify her plan to cure the accrued arrearage owed to secured creditor, Vanderbilt Mortgage and Finance.

7. Under the modified plan, the Debtor proposes to pay $193.35 per month for 62 months and one payment of $3,024.43 in month 84. The plan as modified meets the requirements of the Bankruptcy Code.

WHEREFORE, the Debtor, MARTHA PITTMAN, requests this Court enter an Order modifying the Chapter 13 plan as set forth above, and requests such other relief as is proper under the circumstances.

Dated this 19th day of May, 2021.

Respectfully submitted by,

/s/Scott T. Manion
Scott T. Manion
Attorney for the Debtor
Florida Bar No. 0791733
Legal Services of North Florida, Inc.
121 N. Jackson St.
Quincy, Florida 32351
(850)875-9881

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all creditors and parties in interest on the attached mailing matrix, this 19th day of May 2021, by electronic and/or U.S. Mail.

/s/ Scott T. Manion
Scott T. Manion