| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-5<br>Case 19-50098-KKS<br>Northern District of Florida<br>Panama City<br>Mon Nov 18 17:21:34 EST 2019 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Martha J. Pittman<br>4426 Bates Rd<br>Greenwood, FL 32443-1999 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Dr Leonard's/Carol Wright Gifts<br>Po Box 2845<br>Monroe, WI 53566-8045 |
| Dr Leonard's/Carol Wright Gifts<br>Po Box 7823<br>Edison, NJ 08818-7823 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Midnight Velvet<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | People's Bank<br>2546 Commercial Park Dr<br>Marianna, FL 32448-2520 | (p)VANDERBILT MORTGAGE AND FINANCE INC<br>P O BOX 9800<br>MARYVILLE TN 37802-9800 |
| Vanderbilt Mortgage<br>Attn: Bankruptcy<br>Po Box 9800<br>Maryville, TN 37802-9800 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Leigh D. Hart +<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 |
| Scott T. Manion +<br>Legal Services of North Fla., Inc.<br>2119 Delta Blvd.<br>Tallahassee, FL 32303-4220 | Jeff Sessions +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | Vanderbilt Mortgage<br>500 Alcoa Trail<br>Maryville, TN 37804 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Vanderbilt Mortgage and Finance, Inc.<br>PO Box 9800<br>Maryville, TN 37802-9800 | (d)Leigh D. Hart +<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     2<br>Total                  23 |